```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 41686
   KHALID B MATARIEH
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-8165

---------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 09/29/2005 and was confirmed 12/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  14.31% from remaining funds.

     The case was paid in full 10/16/2008.
---------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
---------------------------------------------------------------------
ROBERT J ADAMS & ASSOC   PRIORITY         NOT FILED           .00             .00
CITY OF CHICAGO PARKING  UNSECURED         6500.00            .00          934.18
COMMONWEALTH EDISON      UNSECURED        NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE UNSECURED          206.57            .00           29.56
SECRETARY OF STATE       NOTICE ONLY      NOT FILED           .00             .00
TCF NATIONAL BANK        UNSECURED        NOT FILED           .00             .00
ROBERT J ADAMS & ASSOC   REIMBURSEMENT      210.00            .00          210.00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY      2,200.00                       2,200.00
TOM VAUGHN               TRUSTEE                                           226.26
DEBTOR REFUND            REFUND                                               .00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE               3,600.00

PRIORITY                                      210.00
SECURED                                          .00
UNSECURED                                     963.74
ADMINISTRATIVE                              2,200.00
TRUSTEE COMPENSATION                          226.26
DEBTOR REFUND                                    .00
                    --------------         --------------
TOTALS                3,600.00              3,600.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 41686 KHALID B MATARIEH

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                /s/ Tom Vaughn

Dated: 01/28/09                _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE